AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**Potomac Center Plaza**
**Washington, D.C. 20202**

## SEARCH WARRANT

CASE NUMBER:
**07-082-M-01.**

TO: __Robert Donald Mancuso__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Special Agent with U.S. Department of Education-OIG** who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**U.S. Department of Education,** _____, **Potomac Center Plaza, Washington, D.C. 20202, including any locked or padlocked rooms within, and/or the person of** _____ **(as further described in "Attachment A", which is attached hereto and fully incorporated herein by reference)**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) **(as further described in "Attachment B", which is attached hereto and fully incorporated herein by reference)**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _March 18, 2007_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

**MAR 0 8 2007**

Date and Time Issued

**JOHN M. FACCIOLA**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer

at Washington, D.C.

_John M Facciola_

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3-8-07 | 03-08-07 @ 11:40 AM | |
| INVENTORY MADE IN THE PRESENCE OF | S/A Jen Uhlin,   S/A Jim Roberts | |

### INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

① 1 GB SanDisk Cruzer Mini Thumb drive

**FILED**

MAR 09 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X [signature]

Subscribed, sworn to, and returned before me this date.

[signature]
U.S. Judge or U.S. Magistrate Judge     03/09/07
                                        Date